UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLICATION SOFTWARE, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-01302-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 9, 2024. Having considered the parties' proposals, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 6, 2024 |
| Close of Fact Discovery | December 6, 2024 |
| Exchange of Opening Expert Reports | December 20, 2024 |
| Exchange of Rebuttal Expert Reports | January 10, 2025 |
| Close of Expert Discovery | January 24, 2025 |
| Dispositive Motion Hearing Deadline | March 13, 2025, at 2:00 p.m. |
| Pretrial Conference | June 10, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | June 23, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4    Dated: 7/9/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge