1  Joel P. Waelty, Bar No. 226728
   joel@waeltylaw.com
2  LAW OFFICES OF JOEL P. WAELTY
   101 Cooper Street, Suite 209
3  Santa Cruz, California 95060
   Telephone:    408.752.2003
4  Fax No.:      408.290.8992

5  Attorneys for Plaintiff
   AARON KO

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | AARON KO, an individual,              | Case No. 4:24-cv-01302-HSG

12 |         Plaintiff,                    | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**

13 |    v.

14 | APPLICATION SOFTWARE, INC. dba
     ASIFLEX, a Missouri Corporation,

15

16 |         Defendant.

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AARON KO ("Plaintiff") and Defendant APPLICATION SOFTWARE, INC. ("Defendant") hereby stipulate as follows:

1. On March 4, 2024, Plaintiff filed the above-captioned lawsuit (the "Action) in the United States District Court, Northern District of California.

2. On May 1, 2024, Defendant filed an Answer to Plaintiff's Complaint, to include several affirmative defenses based on the content of the Complaint.

3. On October 11, 2024, Plaintiff and Defendant attended private mediation, at which time Plaintiff and Defendant agreed to a settlement of Plaintiff's claims against Defendant.

4. On October 11, 2024, Plaintiff and Defendant agreed that Plaintiff would dismiss his claims against Defendant, and would dismiss the Action, with prejudice, with each side to bear its own costs and fees.

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree that this Court should dismiss the Action in its entirety against Defendant, with prejudice.

Dated: November 4, 2024

LITTLE MENDELSON

*/s/ signed electronically*
Jonathan Heller, Esq.

Attorney for Defendant
Application Software, Inc.

Dated: November 4, 2024

LAW OFFICES OF JOEL P. WAELTY

_/s/ signed electronically*_
Joel P. Waelty

Attorney for Plaintiff
AARON KO

**\*e-filed on behalf and with the express concurrence of all stipulating counsel. L.R. 5-4.3.4(a)(2)(i)**

### ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Action against Defendant APPLICATION SOFTWARE, INC. be and is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: 11/4/2024

_____
HAYWOOD S. GILIAM, JR.
Judge of the District Court